IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH WILLIAMS**                      **PLAINTIFF**

v.            Case No. 4:22-cv-00018 KGB

**WILMINGTON SAVINGS**
**FUND SOCIETY FSB,**
**As Certificate Trustee on Behalf of**
**Bosco Credit II Trust Series 2010-1**            **DEFENDANT**

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs and attorney's fees.

It is so ordered this 21st day of December 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge